IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

POOR QUALITY ORIGINAL

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Case: 2:25-cv-12414
Assigned To : DeClercq, Susan K.
Referral Judge: Patti, Anthony P.
Assign. Date : 8/5/2025
Description: PRIS- RODRIGUEZ V. PRO MEDICAL HOSPITAL ET AL.(CS)

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights
(Prisoner Complaint)**

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ricardo Jesus Rodriguez

All other names by which you have been known:

ID Number: 15019
Current Institution: Branch County Jail
Address: 379 Keith Wilhelm Dr.
Coldwater MI 49036

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: PRO Medical Hospital
Job or Title (if known):
Shield Number:
Employer: Hospital PRO medical
Address: Coldwater Hospital
MI 49036

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name: Branch County Jail
Job or Title (if known):
Shield Number:
Employer:
Address: Jail 379 Keith Wilhelm Dr, Coldwater MI 49036

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

Name: Mr. Knock
Job or Title (if known): Correctional officer
Shield Number: #93
Employer: Branch County Jail
Address: 379 Keith Wilhelm Dr, Coldwater MI 49036

☑ Individual capacity   ☐ Official capacity

Defendant No. 4

Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

☐ Individual capacity   ☐ Official capacity

3

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

\* Denied medical care while Incarcerated. Branch County Jail "See Medical Records"

\* over heard C/O Mr. Knakk said he does Not Have to Respect us as Inmates's or human

\* as I was Pr to $ that Branch County still had wrongfully charged my Inmate account would like to proceed to have Criminal Matter as well as in law Suite.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under Section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"look on II(B)"

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☑ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

✱ Well arose happen in Branch County Jail

✱ for the mersa

✱ for the medical charge happen after I was pt to the ER.

✱ Then the Mr. Knack CO saying that he does not respect us as humans or Inmates

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

✱ mersa started Branch County Jail as well Denied of treatment secound time in ont stay

✱ as well in Jail for the Respect of CO as human and Inmate's.

C. What date and approximate time did the events giving rise to your claim(s) occur?

✱ Well the mersa situation 5/2/2021 Time will be on medical Records

✱ The charge my account. 7/02/21 and 7/02/21 at At 11:01 11:02

✱ greivence on Mr. Knack at July 9th 1:00 am

6

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

* Fact's are proven that had Mersa Promedica
* Body cam would prove that CO Mr. Knake on disrespect to Inmate's and Human's
* Wrongfully charges to Inmate My Ricardo Rodriguez account after being PO to the ER for emergency surgeries

7

V.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had surgies for massa, was almost paridized from waist down but prior to this was Denied treatment

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I was saying I could of Died. and was sapossed to Be pasialized from wastte down would like Resonable # amount of $15,000,000.

8

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Branch County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Verbally ask.

9

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes  verable

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

verable But multiple people spoke up on my Behalf. When Claim-

2. What did you claim in your grievance?

Pain could not pee or poo.

3. What was the result, if any?

local nurse in Jail look me over Best she could also suggested I go to hospital

10

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The Jail nurse is what push for me to go back to the hospital "After the hospital Denied me treatment"

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I did not have time symptoms were problematic from day 1

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Robin Sidorrth CO
Doug Patterson CO
Shanna - nurse

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

nothing was done prior to coming back to the Jail

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.


N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

    Plaintiff(s)   N/A

    Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*


N/A

    3. Docket or index number

N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes

   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)   N/A

      Defendant(s)   N/A

   2. Court *(if federal court, name the district; if state court, name the county and State)*   N/A

   3. Docket or index number

      N/A

13

4. Name of Judge assigned to your case

   *N/A*

5. Approximate date of filing lawsuit

   *N/A*

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. *N/A*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *N/A*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20____.

*N/A*

Signature of Plaintiff    _____

Printed Name of Plaintiff  _____

Prison Identification # _____

Prison Address _____

_____
City                State                Zip Code

**Additional Information:**

★ Well for the Mersa situation it's All in my Medical Records at the Jail while I am at as we speak

★ and the Mr Hornack would have to cash about the Body Cam

★ and the Debt Summer of almost 28,000.00 Dollars where I was charge I was pr binded out also will show threw the Jail & Just Know My Rights have not being Met and would like to press for a law suite and criminal chargers




Ricardo Rodriguez #50149
379 Beth Wilton Dr
Coldwater MI 49036

231 W Lafayette Blvd
Detroit MI 48226

RECEIVED
AUG 05 2025
CLERK'S OFFICE
US DISTRICT COURT

MAIL ORIGINATES FROM
BRANCH COUNTY JAIL

4622E$2700 C052